John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE GREIG, LLC, a Washington limited liability corporation,<br><br>                  Plaintiff,<br>  v.<br>FRED HANKINS,<br>                  Defendant. | IN ADMIRALTY<br><br>Case No. |

## **COMPLAINT FOR BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE AND INDEMNITY**

COMES NOW plaintiff Cape Greig, LLC, by and through its attorneys, Holmes Weddle & Barcott, P.C., and complains against defendant Fred Hankins ("Defendant"), as set forth below.

**I.**

**PARTIES**

1.1 Plaintiff, CAPE GREIG, LLC, now is and at all materials time was a limited liability corporation organized and existing under the laws of the State of Washington and engaged in the business of owning and operating the fishing vessel CAPE GREIG.

1.2 Defendant, FRED HANKINS, upon information and belief, a resident of the

**COMPLAINT - 1**
*Cape Greig LLC v. Hankins*
Case No.
3515-28509-USDC AK

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:15-cv-00037-TMB Document 1 Filed 03/10/15 Page 1 of 5

State of Oregon who regularly and actively does business in this District and the owner of the commercial fishing vessel EXODUS, Official Number 960616, which fishes in this District and Alaskan waters.

## II

## JURISDICTION AND VENUE

2.1    Subject matter Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331, federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim within the meaning of Fed. R. Civ. P. 9(h).

2.2    This Court has personal jurisdiction over Defendant and venue is proper since Defendant and the EXODUS do business in this District and the transactions and occurrences that form the basis for this Complaint arose in this District.

## III

## FACTS

3.1    In May or June 2013, Plaintiff entered into an agreement with Defendant for the transportation of a skiff owned by Ernest T. Pierce on Defendant's vessel EXODUS from Kenai, Alaska to Pilot Point, Alaska to occur in June of 2013. This agreement followed an agreement between Plaintiff and Pierce that Plaintiff would make arrangements for such transportation. Defendant represented to Plaintiff that he and the EXODUS were capable of transporting the skiff as agreed.

3.2    In June of 2013 Defendant undertook to transport the skiff as agreed. In doing so, Defendant did not use adequate equipment or crew to safely accomplish the tow

**COMPLAINT - 2**
*Cape Greig LLC v. Hankins*
Case No.

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:15-cv-00037-TMB   Document 1   Filed 03/10/15   Page 2 of 5
3515-28509-USDC AK

and/or did not have the reasonable skill, energy, care and diligence to safely tow the skiff under the circumstances. On or about June 13, 2013 Plaintiff learned that the skiff capsized in Kachemak Bay while under the control of Defendant and/or Defendant's agent(s).

3.3     As a result of the Defendant's acts and omissions, and the damage suffered by the skiff while it was under Defendant's control, Pierce has filed suit in the Western District of Washington against CAPE GREIG LLC and two other related entities, claiming repair damages of $18,047.91 and lost fishing income of $58,875.34. Attached hereto as **Exhibit A** is the Complaint to that action.

## IV

### CAUSE OF ACTION   - BREACH OF CONTRACT AND BREACH OF WARRANTY

4.1     Plaintiff realleges and incorporates by reference all prior paragraphs as state in their entirety herein.

4.2     Defendant's failure to transport the skiff as agreed and in a reasonable and workmanlike manner constituted a failure by Defendant to perform the terms of his contract with Plaintiff has resulted in a material breach of its contract.

4.3     By failing to take adequate steps to accomplish the tow under the foreseen conditions and circumstances, Defendant breached his duty to provide an adequate towing vessel, to use reasonable skill, energy care and diligence in performing the tow, and to use adequate vessel and crew to safely complete the tow.

4.4     As a direct result of Defendant's breach of contract and breach of warranty, all

**COMPLAINT - 3**
*Cape Greig LLC v. Hankins*
Case No.
3515-28509-USDC AK

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:15-cv-00037-TMB   Document 1   Filed 03/10/15   Page 3 of 5

as set forth above, Plaintiff has suffered or will suffer direct and consequential damages in an amount to be proven at trial, but no less than the amount of Plaintiff's liability, if any, to Pierce due to the damaged skiff, along with reasonable attorneys' fees and costs incurred by Plaintiff as a result of this occurrence.

## V

### CAUSE OF ACTION - NEGLIGENCE

5.1 Plaintiff realleges and incorporates by reference all prior paragraphs as state in their entirety herein.

5.2 By failing to use reasonable care, or reasonable equipment or facilities and/or a reasonable and qualified crew in performing the transportation of the skiff, Defendant breached its duty of care and was negligent under maritime law.

5.3 As a direct and proximate cause of Defendant's negligence, Plaintiff has suffered or will suffer direct and consequential damages in an amount to be proven at trial, but no less than the amount of Plaintiff's liability, if any, to Pierce due to the damaged skiff, along with reasonable attorney fees and costs incurred by Plaintiff as a result of this occurrence.

## VI

### CAUSE OF ACTION - INDEMNITY

6.1 Plaintiff realleges and incorporates by reference all prior paragraphs as state in their entirety herein.

6.2 By failing to transport the skiff as agreed or in a safe, reasonable or

**COMPLAINT - 4**
*Cape Greig LLC v. Hankins*
Case No.

**HOLMES WEDDLE & BARCOTT, PC**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:15-cv-00037-TMB   Document 1   Filed 03/10/15   Page 4 of 5
3515-28509-USDC AK

workmanlike manner, Defendant breached the implied warranty and is therefore liable to Plaintiff for indemnity in an amount to be proven at trial, but no less than the amount of Plaintiff's liability, if any, to Pierce due to the damaged skiff, along with reasonable attorneys' fees and costs incurred by Plaintiff as a result of this occurrence.

## VII

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays that the Court declare and award as follows:

1. For judgment of liability in favor of Plaintiff against Defendant;

2. For an award of damages and/or indemnity in favor of Plaintiff against Defendant in an amount equal to the liability of Plaintiffs' to Pierce, as well as all reasonable attorneys' fees, costs and expenses incurred in defense of Pierce's claims;

3. An award of reasonable attorney fees and costs incurred in bringing this action as allowed by law; and

4. Enter such other and further relief as the court deems reasonable and just.

DATED this ___ day of March, 2015.

                HOLMES WEDDLE & BARCOTT, P.C.

                s/ John E. Casperson
                John E. Casperson, ABA #7910076
                999 Third Avenue, Suite 2600
                Seattle, Washington 98104
                Telephone: (206) 292-8008
                Facsimile: (206) 340-0289
                Email: jcasperson@hwb-law.com
                Attorneys for Plaintiff

**COMPLAINT - 5**
*Cape Greig LLC v. Hankins*
Case No.
3515-28509-USDC AK

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:15-cv-00037-TMB Document 1 Filed 03/10/15 Page 5 of 5